**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARLENE CORTEZ,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-5167** |
| | : | |
| **MARIA CRUZ,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 12th day of September, 2025, upon consideration of Plaintiff Darlene

Cortez's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2)

it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**


**/s/ Hon. Kelley B. Hodge**
**KELLEY BRISBON HODGE, J.**